UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-CR-152-1BO
No. 5:11-CR-152-2BO

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
|  | ) |  |
| v. | ) | **ORDER TO SEAL** |
|  | ) |  |
| CLAYTON KIMBRELL | ) |  |
| CHRISTOPHER BARANY | ) |  |

Upon motion of the United States, it is hereby ORDERED Docket Entry Number 29 be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United States Attorney's Office.

This the 26 day of August, 2011.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE