UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:11-CR-152-2BO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| vs. | ) **ORDER** |
| CHRIS BARANY, | ) **AMENDING JUDGMENT** |
| Defendant. | ) |

Upon unopposed motion of the Defendant Chris Barany, the Defendant's Motion for Recommendation to the Bureau of Prisons is **GRANTED**. The Judgment [DE 77] is hereby amended to replace the reference to "the camp at FCI Butner" with the following language: **"The Court recommends the Satellite Camp at FCI Fort Dix for incarceration."**

Except as herein modified, all other conditions of the original judgment shall remain in full force and effect.

SO ORDERED, this, __16__ day of September, 2012.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE