UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:11-CR-152-2BO

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| vs. | )   **ORDER ON**<br>)   **UNOPPOSED MOTION TO EXTEND** |
| CHRIS BARANY, | )   **REPORTING DATE**<br>)<br>) |
| Defendant. | ) |

Upon Motion of Defendant Chris Barany for an extension of his self-reporting date to an institution designated by the Federal Bureau of Prisons, and good cause being shown;

IT IS HEREBY ORDERED that Defendant's Motion is granted and the date on which Defendant must self report to an institution designated by the Federal Bureau of Prisons is extended to and including November 9, 2012.

This the _31_ day of _October_____, 2012.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT COURT